IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RON ULREY, | ) | No. C 10-02463 JW (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| CTF STATE PRISON, | ) | |
| Respondent. | ) | |

Petitioner, a prisoner at the California Training Facility in Soledad, has filed a petition for a writ of habeas corpus. Petitioner references Case No. CJV S-06-1335 MCE GGH out of the Eastern District, asking that the filing fee be removed since the action was closed. (Pet. at 2.) In a letter filed on June 25, 2010, petitioner states that he filed with this Court "because Sacramento doesn't understand my problem." (Docket No. 4.) It is clear that petitioner is neither challenging the lawfulness of his confinement nor to particulars affecting the duration thereof, but seeking relief from filing fees in an unsuccessful petition filed in the Eastern District. However, this Court has no jurisdiction to provide the relief petitioner seeks.

In the interest of justice, it is ordered that this action be TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

The clerk shall transfer this matter and terminate all pending motions.

DATED: August 13, 2010

JAMES WARE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JW\HC.10\Ulrey02463_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RON ULREY,

        Petitioner,

v.

CTF STATE PRISON,

        Respondent.
        /

Case Number: CV10-02463 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/13/2010 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ron Ulrey V-48416
NSB-211 Low
CTF
PO Box 686
Soledad, CA 93960

Dated:  8/13/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk